**Dismiss and Opinion Filed July 11, 2023**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00537-CV**

**FLOWER MOUND HOSPITAL PARTNERS, LLC D/B/A TEXAS HEALTH PRESBYTERIAN HOSPITAL FLOWER MOUND, Appellant**

**V.**

**JUDY "JESSIE" ADAMS AND RICHARD ADAMS, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17490**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

By unopposed motion filed July 6, 2023, appellant asks we dismiss the appeal

based on the parties' final settlement. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a).

/Cory L. Carlyle/.

CORY L. CARLYLE
JUSTICE

230537f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FLOWER MOUND HOSPITAL
PARTNERS, LLC D/B/A TEXAS
HEALTH PRESBYTERIAN
HOSPITAL FLOWER MOUND,
Appellant

No. 05-23-00537-CV     V.

JUDY "JESSIE" ADAMS AND
RICHARD ADAMS, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-17490.
Opinion delivered by Justice Carlyle,
Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees Judy "Jessie" Adams and Richard Adams recover their costs, if any, of this appeal from appellant Flower Mound Hospital Partners, LLC d/b/a Texas Health Presbyterian Hospital Flower Mound and from National Indemnity Company as surety on appellant's supersedeas bond.

Judgment entered this 11th day of July 2023.